1  **WILSON TURNER KOSMO LLP**
   VICKIE E. TURNER (SBN 106431)
2  550 West C Street, Suite 1050
   San Diego, California  92101
3  Telephone:  (619) 236-9600
   Facsimile:   (619) 236-9669
4  E-mail:  vturner@wilsonturnerkosmo.com

5  **WILLIAMS & CONNOLLY LLP**
   Douglas R. Marvin (D.C. Bar No. 933671)
6  Eva Petko Esber (D.C. Bar No. 395952)
   Paul E. Boehm (D.C. Bar No. 493245)
7  725 Twelfth Street, N.W.
   Washington, D.C.  20005-5901
8  Telephone:  (202) 434-5000
   Facsimile:   (202) 434-5029
9  E-mail:  dmarvin@wc.com
   E-mail:  eesber@wc.com
10 E-mail:  pboehm@wc.com

11 *Attorneys for Defendant Merck Sharp & Dohme Corp.*

12

13             **UNITED STATES DISTRICT COURT**

14          **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16  IN RE INCRETIN-BASED THERAPIES PRODUCTS LIABILITY LITIGATION | Case No. 14-cv-00360-AJB-MDD<br><br>Lead Case:<br>MDL Case No. 13-md-2452-AJB-MDD |
| 19  DIANE CELESTE, *et al.*,<br><br>20             Plaintiffs,<br>   v.<br>21<br>   MERCK SHARP & DOHME CORP., *et al.*,<br>22<br>23             Defendants. | **NOTICE OF ERRATA AND CORRECTION TO MERCK SHARP & DOHME CORP.'S OPPOSITION TO MOTION TO REMAND**<br><br>Date:         June 13, 2014<br>Time:         1:00 p.m.<br>Courtroom: 3B<br>Judge:        Hon. Anthony J. Battaglia<br>Magistrate: Hon. Mitchell D. Dembin |

24
25
26
27
28

                                     Case No.  14-cv-00360-AJB-MDD
                         NOTICE OF ERRATA

**TO THE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Merck Sharp & Dohme Corp. ("Merck") hereby provides notice of errata and correction as follows:

Merck's Opposition to Motion to Remand, filed on March 19, 2014, contains an error at page 14, lines 4 through 6, mistakenly using the term "defendants" where "parties" should have been used.

The original sentence reads: "Courts that have refused to sever misjoined *defendants* under the fraudulent misjoinder doctrine recognize that defendants could successfully remove once they persuade the state court to sever the nondiverse *defendant*." (emphasis added here, in errata).

The sentence should read: "Courts that have refused to sever misjoined *parties* under the fraudulent misjoinder doctrine recognize that defendants could successfully remove once they persuade the state court to sever the nondiverse *parties*." (emphasis added here, in errata).

/././
/././
/././
/././

1   Case No.  14-cv-00360-AJB-MDD
NOTICE OF ERRATA

A corrected copy of Merck's Opposition to Remand is attached as Exhibit A.

Dated:   June 12. 2014

  s/ Vickie E. Turner
**WILSON TURNER KOSMO LLP**
Vickie E. Turner (SBN 106431)
550 West C Street, Suite 1050
San Diego, California  92101
Telephone:  (619) 236-9600
Facsimile:   (619) 236-9669
E-mail:  vturner@wilsonturnerkosmo.com

**WILLIAMS & CONNOLLY LLP**
Douglas R. Marvin (D.C. Bar No. 933671)
Eva Petko Esber (D.C. Bar No. 395952)
Paul E. Boehm (D.C. Bar No. 493245)
725 Twelfth Street, N.W.
Washington, D.C.  20005-5901
Telephone:  (202) 434-5000
Facsimile:   (202) 434-5029
E-mail:  dmarvin@wc.com
E-mail:  eesber@wc.com
E-mail:  pboehm@wc.com

*Attorneys for Defendant Merck Sharp & Dohme Corp.*